# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

July 23, 2025

Lyle W. Cayce
Clerk

No. 25-50558

———————

United States of America,

*Plaintiff—Appellee*,

*versus*

Gavin Blake Davis,

*Defendant—Appellant.*

———————————————————

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:22-CR-219-1

———————————————————

ORDER:

IT IS ORDERED that the appellant's motion for reconsideration of the clerk's letter taking no action on the appellant's brief and notice of errata is DENIED.

*Leslie H. Southwick*

—————————————————————
Leslie H. Southwick
*United States Circuit Judge*